# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00716-RJC-DSC

| | |
|---|---|
| MOVEMENT MORTGAGE, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK MCDONALD AND ) <br> FRANKLIN FIRST FINANCIAL, LTD., ) <br> ) <br> Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Consent Motion to Stay Briefing on Defendants' Motion to Dismiss and to Establish Briefing Schedule" (document # 22) filed February 21, 2018. For the reasons set forth therein, the Motion will be granted. Therefore, the Court will stay briefing on Defendants' Motion to Dismiss and establish the following briefing schedule with respect to that Motion and Plaintiff's potential renewed Motion to Remand:

1) Jurisdictional discovery closes on April 5, 2018. If Plaintiff elects to renew its Motion to Remand, such renewed otion and the brief in support shall be filed no later than fourteen days after the close of jurisdictional discovery—by April 19, 2018.

2) If the Court grants Plaintiff's renewed Motion to Remand, no further briefing will be required on Defendants' Motion to Dismiss, which will be addressed by the state court on remand.

3) If the Court denies Plaintiff's renewed Motion to Remand, Plaintiff's response to Defendants' Motion to Dismiss will be due within fourteen days after issuance of the

Court's order denying the Motion to Remand. Defendants' Reply in Support of their Motion to Dismiss will be due seven days thereafter, in accordance with Local Rule 7.1(e).

4) If Plaintiff elects not to file a renewed Motion to Remand, it will file its response to Defendants' Motion to Dismiss within fourteen days after the close of jurisdictional discovery—by April 19, 2018. Defendants' Reply in Support of their Motion to Dismiss will be due seven days thereafter, in accordance with Local Rule 7.1(e).

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: February 21, 2018

David S. Cayer
United States Magistrate Judge