UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-716-RJC-DSC

| | |
|---|---|
| MOVEMENT MORTGAGE, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> MARK MCDONALD and FRANKLIN ) <br> FIRST FINANCIAL, LTD., ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

**THIS MATTER** comes before the Court on Plaintiff Movement Mortgage, LLC's ("Plaintiff") Motion for Entry of Default Judgment, (Doc. 42). Plaintiff premised this Motion on the assertion that Defendants' response to Plaintiff's Second Amended Complaint was due on August 13, 2018. However, on July 13, 2018, the Court extended the deadline for filing Defendants' Answer to Plaintiff's Second Amended Complaint to August 20, 2018. (Doc. 40). On August 15, 2018, Defendants timely filed their Answer to Plaintiff's Second Amended Complaint, (Doc. 45).

Therefore, Plaintiff's Motion for Entry of Default Judgment, (Doc. 42), is **DENIED without prejudice**.

Signed: September 5, 2018

Robert J. Conrad, Jr.
United States District Judge