IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MOVEMENT MORTGAGE, LLC ) | |
| ) | Civil Action No.: 3:17-cv-00716-RJC-DSC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FRANKLIN FIRST FINANCIAL, LTD. ) | |
| and MARK MCDONALD ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## **ORDER**

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Emil W. Herich]" (document #61) filed November 5, 2018. For the reasons stated therein, the Motion is <u>granted</u>.

**SO ORDERED**.

Signed: November 5, 2018

_____
David S. Cayer
United States Magistrate Judge