UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00716-RJC-DSC

| | |
|---|---|
| MOVEMENT MORTGAGE, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK MCDONALD AND FRANKLIN ) <br> FIRST FINANCIAL, LTD., ) <br> ) <br> Defendants. ) | <u>ORDER</u> |

**THIS MATTER** comes before the Court on the parties' Joint Motion for Entry of Dismissal with Prejudice of Plaintiff's Claims Against Defendant Mark McDonald, (Doc. No. 70).

For good cause shown, Plaintiff's claims against Defendant McDonald are hereby **DISMISSED WITH PREJUDICE**. Defendant McDonald shall be terminated as a party to this suit. The parties agree that they shall bear their own costs and attorneys' fees.

**SO ORDERED.**

Signed: March 29, 2019

Robert J. Conrad, Jr.
United States District Judge