IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00716-RJC-DSC

| | |
|---|---|
| MOVEMENT MORTGAGE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARK MCDONALD and | ) |
| FRANKLIN FIRST FINANCIAL, | ) |
| LTD., | ) |
| | ) |
| Defendants. | ) |

ORDER GRANTING PLAINTIFF MOVEMENT MORTGAGE, LLC'S
MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT FRANKLIN
FIRST FINANCIAL, LTD.

**THIS MATTER** comes before the Court on Plaintiff's Motion to Compel Responses to Plaintiff's Second Requests for Production of Documents to Defendant Franklin First Financial, Ltd., or, in the Alternative, for Entry of Default Against Defendant Franklin First, (Doc. No. 68). Upon consideration of the Motion and supporting briefs and exhibits, it appears to the Court that Defendant Franklin First has failed to secure counsel, in direct contravention of the Court's order issued on November 13, 2018, directing it to do so within thirty days. (Doc. No. 65); see also Rowland v. Cal. Men's Colony, 506 U.S. 194, 201–02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in federal courts only through licensed counsel.").

**IT IS THEREFORE ORDERED** that Plaintiff Movement Mortgage, LLC's Motion for Entry of Default Against Defendant Franklin First Financial, Ltd. is

1

**GRANTED**, and **DEFAULT is thus ENTERED** against Defendant Franklin First pursuant to Federal Rule of Civil Procedure 55. It is further **ORDERED** that Plaintiff shall have **thirty (30) days** from the date of this Order within which to submit a motion for default judgment and accompanying brief and exhibits to support its claim of damages against Defendant Franklin First upon which a Default Judgment may be based.

    **SO ORDERED.**

Signed: March 29, 2019

Robert J. Conrad, Jr.
United States District Judge